

**CLOSED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AARON BROWN,<br><br>               Plaintiff,<br><br>v.<br><br>PEPSI BEVERAGES COMPANY,<br><br>               Defendant. | Civil Action No. 2:18-cv-01184 |

## NOTICE OF VOLUNTARY DISMISSAL OF ALL CLAIMS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Aaron Brown hereby dismisses this action, with prejudice.

Dated: April 19, 2018

                                                  **HERBERT LAW GROUP, LLC**

                                                  /s/ John T. Herbert
                                                  John T. Herbert
                                                  Attorney No.: 002291975
                                                  Herbert Law Group, LLC
                                                  96 Engle St., Suite #1
                                                  Englewood, NJ 07631
                                                  jherbert@herbertlawllc.com
                                                  *Counsel for Plaintiff*

SO ORDERED: _____

DATED: 4/20/18